IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

ANDREA L. BROWN,

        Plaintiff,                              JUDGMENT IN A CIVIL CASE

  v.                                              Case No. 11-cv-568-wmc

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

        Defendant.
_____

     This action came for consideration before the court with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.
_____

     IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Andrea L. Brown against defendant Carolyn W. Colvin, Acting Commissioner of Social Security, reversing the Commissioner's decision denying plaintiff's application for disability benefits and remanding to the Commissioner for further proceedings under sentence four of 42 U.S.C. § 405(g).


     _____s/ A. Wiseman, Deputy Clerk_____      _____September 5, 2014_____
               Peter Oppeneer, Clerk of Court                            Date