IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ANDREA L. BROWN,

        Plaintiff,                           JUDGMENT IN A CIVIL CASE

    v.                                       Case No. 11-cv-568-wmc

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

        Defendant.

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered awarding plaintiff Andrea L. Brown attorney fees and expenses in the amount of $8,500.00 under the Equal Access to Justice Act, 28 U.S.C. § 2412.


        s/ A. Wiseman, Deputy Clerk                 November 14, 2014
        Peter Oppeneer, Clerk of Court                        Date